# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| Jose Martinez Lopez**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:14-cv-163-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Frank L. Perry. et al.**,** | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 3, 2014 Order.

July 3, 2014

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court